**FILED**

February 1, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )          Case No.  2:08-cr-3 FCD
            Plaintiff,                 )
                                       )
v.                                     )          ORDER FOR RELEASE
                                       )          OF PERSON IN CUSTODY
Thoedore Belvin,                       )
                                       )
            Defendant.                 )

TO:    UNITED STATES MARSHAL:

        This is to authorize and direct you to release  Theodore Belvin  Case  2:08-cr-3 FCD   from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

            _X_     Release on Personal Recognizance

            _       Bail Posted in the Sum of _____

            _       Unsecured bond in the amount of

            _       Appearance Bond with 10% Deposit

            _       Appearance Bond secured by Real Property

            _       Corporate Surety Bail Bond

            _       (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  2/1/08         at    2:50 pm

                                       By _____

                                            Kimberly J. Mueller,
                                            United States Magistrate Judge