**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:         coscalaw@gmail.com

Attorney for Defendant
THEODORE BELVIN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:08-CR-0003-FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| THEODORE BELVIN | DATE:   March 10, 2008 |
| Defendant | TIME:   10:00 a.m. |
| | JUDGE:  Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for March 10, 2008, may be continued to April 21, 2008 at 10:00 a.m. The case is at an early stage and counsel need more time to review the discovery. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: March 6, 2008

                                            by      /s/ Chris Cosca
                                                       Chris Cosca
                                                       Attorney for Defendant
                                                       THEODORE BELVIN

DATED: March 6, 2008          by      /s/ Chris Cosca for
                                      Sean Flynn
                                      Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for March 10, 2008 is continued to April 21, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:  March 7, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE