**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:          coscalaw@gmail.com

Attorney for Defendant
THEODORE BELVIN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THEODORE BELVIN,<br>　　　　Defendant. | Case No.: 2:08-CR-0003-FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**DATE:**　April 21, 2008<br>**TIME:**　10:00 a.m.<br>**JUDGE:**　Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for April 21, 2008, may be continued to June 9, 2008 at 10:00 a.m. The case is at an early stage and counsel need more time to review the discovery and conduct investigation. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: April 17, 2008

        by    /s/ Chris Cosca
              Chris Cosca
              Attorney for Defendant
              THEODORE BELVIN

DATED: April 17, 2008        by    /s/ Chris Cosca for
              Sean Flynn
              Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for April 21, 2008 is continued to June 9, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:  April 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE