**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:         coscalaw@gmail.com

Attorney for Defendant
THEODORE BELVIN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: 2:08-CR-0003-FCD |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. ) | |
| THEODORE BELVIN ) | **DATE:** July 21, 2008 |
| Defendant ) | **TIME:** 10:00 a.m. |
| ) | **JUDGE:** Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for July, 2008, may be continued to August 25, 2008 at 10:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: July 17, 2008

                                               by    /s/ Chris Cosca
                                                        Chris Cosca
                                                        Attorney for Defendant
                                                        THEODORE BELVIN

DATED: July 17, 2008                            by    /s/ Chris Cosca for
                                                        Sean Flynn
                                                        Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for July 21, 2008 is continued to August 25, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: July 17, 2008

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE