**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:          coscalaw@gmail.com

Attorney for Defendant
THEODORE BELVIN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,         ) | Case No.: 2:08-CR-0003-FCD |
| Plaintiff,         ) | **STIPULATION AND ORDER** |
| vs.         ) | **CONTINUING STATUS CONFERENCE** |
| THEODORE BELVIN         ) | DATE:     September 22, 2008 |
| Defendant         ) | TIME:     10:00 a.m. |
| ) | JUDGE:   Hon. Frank C. Damrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for September 22, 2008, may be continued to October 6, 2008 at 10:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

1 | The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

2 | DATED: September 8, 2008

3 |                            by    /s/ Chris Cosca
4 |                                  Chris Cosca
                                     Attorney for Defendant
                                     THEODORE BELVIN

6 |
7 | DATED: September 8, 2008
                               by    /s/ Chris Cosca for
                                     Sean Flynn
8 |                                  Assistant U. S. Attorney

9 | **Order**

10 |     Good cause appearing,

11 |     The status conference scheduled for September 22, 2008 is continued to October 6, 2008

12 | at 10:00 a.m.

13 |     Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8)

14 | (B) (iv) and Local Code T4 for counsel preparation.

15 |     IT IS SO ORDERED.

16 | DATED: September 9, 2008

                                     _____
18 |                                  FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE