**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:         coscalaw@gmail.com

Attorney for Defendant
THEODORE BELVIN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>THEODORE BELVIN<br>       Defendant | Case No.: 2:08-CR-0003-FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO 11/03/08 a.m. AS TO THEODORE BELVIN**<br><br>DATE:      October 6, 2008<br>TIME:       10:00 a.m.<br>JUDGE:    Hon. Frank C. Damrell, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for October 6, 2008, may be continued to November 3, 2008 at 10:00 a.m. Counsel are in the final stages of plea negotiations and need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: October 3, 2008

        by    /s/ Chris Cosca
                 Chris Cosca
                 Attorney for Defendant
                 THEODORE BELVIN

DATED: October 3, 2008

        by    /s/ Chris Cosca for
                 Sean Flynn
                 Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for October 6, 2008 is continued to November 3, 2008 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: October 3, 2008

        FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE